**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **TRONG NGOC TU HUYNH,** | § | |
| **Petitioner,** | § | |
| **v.** | § | **NO. SA-26-CV-04234-OLG** |
| **WARDEN, SOUTH TEXAS ICE PROCESSING CENTER, *et al.*,** | § | |
| **Respondents.** | § | |

## DISMISSAL ORDER

Before the Court is the status of this habeas proceeding, which Petitioner Trong Ngoc Tu Huynh initiated on July 6, 2026. Respondents have since advised the Court of Petitioner's removal from the United States. (Dkt. No. 6.) Accordingly, because Petitioner is no longer in Respondents' custody, his Petition for Writ of Habeas Corpus (Dkt. No. 1) is moot, and this case is therefore **DISMISSED WITHOUT PREJUDICE** as such.

This case is **CLOSED**.

**SIGNED** on November 12, 2026.

ORLANDO L. GARCIA
United States District Judge